**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN THE MATTER OF:                                    Chapter 13

    Gwendolyn Miller,                              Case No.  05-46886

        Debtor(s).                             Honorable Susan Pierson Sonderby

**RESPONSE TO TRUSTEE'S NOTICE OF PAYMENT
OF FINAL MORTGAGE CURE AMOUNT**

NOW COMES EverHome Mortgage (hereinafter "EverHome"), by and through its

attorneys, Heavner, Scott, Beyers and Mihlar, LLC, and for its Response to Trustee's Notice of

Payment of Final Mortgage Cure Amount, states as follows:

1.  On or about February 10, 2006, Mortgage Electronic Registration Systems, Inc., as

nominee for RBMG, Inc. filed its Proof of Claim as Claim Number 12 for a sum of $24,582.19

in pre-petition arrears.  On or about August 2, 2007, said Proof of Claim was subsequently

transferred to EverHome Mortgage.

2.  The Debtor's Modified Chapter 13 Plan filed on November 30, 2005 and confirmed on

December 1, 2005 set-forth a pre-petition arrearage amount owed to EverHome $7,370.28.

3.  EverHome's pre-petition arrears of $7,370.28 were paid by the Chapter 13 Trustee in

full.

4.  The Debtor's post-petition payments to EverHome were to be paid by the Debtor

directly "outside" of the plan.  The Debtor is currently due for the June 1, 2011 post-petition

payment in the amount of $1,756.93.

-2-

5.  On or about June 16, 2011, EverHome advanced a sum of $3,030.06 for hazard

insurance.  Said advance has results in an escrow shortage of $4,968.64 as of June 16, 2011.

WHEREFORE, EverHome Mortgage prays that the Court declare that the post-petition

payments are not current at this time.

EVERHOME MORTGAGE,

By:  _/s/ Faiq Mihlar_____
    One of its attorneys

HEAVNER, SCOTT, BEYERS & MIHLAR, LLC
Attorneys at Law
Faiq Mihlar (ARDC #6274089)
Heather M. Giannino (ARDC #6299848)
111 East Main Street, Suite #200
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

IN THE MATTER OF:                                Chapter 13

Gwendolyn Miller,                                Case No.  05-46886

          Debtor(s).                                Honorable Susan Pierson Sonderby

**NOTICE OF FILING**

TO:    Gwendolyn Miller – 547 West 15th Place, Chicago Heights, Illinois
Michelle K. Hinds, Attorney – 233 South Wacker Drive, Suite 5150, Chicago, Illinois
60606
Richard K. Gustafson, II, Attorney - 233 South Wacker Drive, Suite 5150, Chicago,
Illinois 60606
Tom Vaughn, Trustee – 200 South Michigan, Suite 1300, Chicago, Illinois 60604
Patrick S. Layng, Office of the U.S. Trustee, Region 11 – 219 South Dearborn Street,
Room 873, Chicago, Illinois 60604

PLEASE TAKE NOTICE that on the 28th day June, 2011 there was electronically filed
with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois,
Eastern Division, the attached Response to Trustee's Notice of Payment of Final Mortgage Cure
Amount, a copy of which is hereby served upon you.

**PROOF OF SERVICE**

I, the undersigned attorney, certify that I served a copy of this Response to Trustee's
Notice of Payment of Final Mortgage Cure Amount attached, upon the parties listed above, by
mailing same in a properly addressed envelope, postage prepaid by depositing said envelope in a
U. S. Post Office Mail Box, Decatur, Illinois 62523 before the hour of 5:00 p.m. on the 28th day
of June, 2011.

By  */s/ Faiq Mihlar*
    Faiq Mihlar of
    Heavner, Scott, Beyers & Mihlar, LLC
    One of its attorneys

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
HEAVNER, SCOTT, BEYERS & MIHLAR, LLC
Attorneys at Law
111 East Main Street, Suite #200
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719